PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
GERALYN GULSETH
Special Assistant United States Attorney
     6401 Security Blvd.
     Baltimore, Maryland
     Telephone: (510) 970-4819
     Facsimile: (415) 744-0134
     E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-03013-JDP<br><br>STIPULATION FOR EXTENSION FOR THE FILING OF THE CERTIFIED ADMINISTRATIVE RECORD |

    With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the due date for Defendant's filing of the Certified Administrative Record (CAR) will be extended by 30 days, from February 26, 2024 to March 27, 2024.

    Defendant's counsel has learned that the Appeals Council requires additional time to prepare and finalize the CAR in this case. Once that is complete, Defendant's counsel needs time to review the CAR to ensure it is ready for filing.

    Defendant apologizes to the Court and to Plaintiff and her counsel for the delay.

Respectfully submitted,

LAW OFFICES OF BILL LATOUR

Dated:  Feb. 23, 2024          /s/  Geralyn Gulseth for Jessica Warren*
JESSICA WARREN
Attorney for Plaintiff
(*signature authorized via e-mail 2/23/2024)

Dated:  Feb. 23, 2024          PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

By:     /s/  Geralyn Gulseth
GERALYN GULSETH
Special Assistant U.S. Attorney

Attorneys for Defendant

### [PROPOSED] ORDER

Pursuant to the parties' Stipulation, and for good cause shown, IT IS ORDERED that the due date for Defendant's filing of the Certified Administrative Record shall be extended to March 27, 2024.

IT IS SO ORDERED.

Dated:  March 6, 2024          _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE