LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   Email: fed.latour@yahoo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

MICHAEL DAVIS, DEC'D.,

   Plaintiff,

   v.

MARTIN O'MALLEY,
Commissioner of Social Security,

   Defendant

Case No. 2:23-cv-03013 JDP

ORDER DISMISSING THE SOCIAL SECURITY CASE WITH PREJUDICE

In accordance with the Joint Stipulation, ECF No. 11, to dismiss the above captioned Social Security Disability claim, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: April 29, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

-1-